UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GURDEEP SINGH,<br><br>　　　　　　　Petitioner,<br>　　v.<br>ICE FIELD OFFICE DIRECTOR,<br><br>　　　　　　　Respondent. | Case No. 2:24-cv-00400-TL-TLF<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

Having reviewed the Report and Recommendation of the Honorable Theresa L. Fricke, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) The Government's motion to dismiss, Dkt. 6, is GRANTED.

(3) Petitioner's habeas petition is DENIED, and this action is DISMISSED without prejudice.

(4) The Clerk is directed to send copies of this Order to the parties and to Judge Fricke.

Dated this 1st day of July, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　Tana Lin
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1